FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 0 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jared Mark Caros,<br><br>Defendant. | CR-16-00984-PHX-NVW(MHB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 1542<br>False Statement in Application for<br>Passport, Count 1 |

THE GRAND JURY CHARGES:

On or about the 15th day of March, 2010, in the District of Arizona, the defendant, JARED MARK CAROS, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant falsely claimed to be another individual, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  August 10, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
BRANDON M. BROWN
Assistant U.S. Attorney